SEYFARTH SHAW LLP
Jennifer R. Brooks (SBN 305219)
jrbrooks@seyfarth.com
2323 Ross Avenue, Suite 1660
Dallas, Texas 75201
Telephone:  (469) 608-6763

*Counsel for Defendant*
*Equifax Information Services LLC,*
*incorrectly identified as Equifax, Inc.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA ANNE GROVA,<br><br>       Plaintiff,<br><br>    v.<br><br>TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; and VW CREDIT, INC.,<br><br>       Defendants. | Case No. 3:26-cv-01735-GPC-DDL<br><br>**NOTICE OF APPEARANCE OF JENNIFER R. BROOKS** |

TO PLAINTIFF AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that attorney Jennifer R. Brooks of the law firm of Seyfarth Shaw LLP, 2323 Ross Avenue, Suite 1660, Dallas, Texas 75201 hereby appears as attorney of record on behalf of the Defendant Equifax Information Services LLC. I hereby certify that I am admitted to practice before this Court.

All pleadings, papers and documents required to be served in this action should also be served on Jennifer R. Brooks, jrbrooks@seyfarth.com, in addition to those attorneys already on record with the Court.

327033575v.1

DATED: July 8, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By: /s/ Jennifer R. Brooks

Jennifer R. Brooks
*Counsel for Defendant*
*Equifax Information Services LLC*

2

327033575v.1

# CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2026, I presented the foregoing NOTICE OF APPEARANCE OF JENNIFER R. BROOKS with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jennifer R. Brooks*
Jennifer R. Brooks
*Counsel for Defendant*
*Equifax Information Services LLC*

CERTIFICATE OF SERVICE

327033575v.1